UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 2 3 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

|  |  |
|---|---|
| STEVEN R. CAPLAN, | No. 05-15285 |
| Plaintiff - Appellant, | |
| v. | D.C. No. CV-04-00251-ACK/LEK District of Hawaii, Honolulu |
| TOMMY G. THOMPSON, Secretary, of Health and Human Services, | ORDER |
| Defendant - Appellee. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 8 2006

at 8 o'clock and __ min. __
SUE BEITIA, CLERK

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Stephen Liacouras*

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 2 3 2006

by _____
Deputy Clerk