INTERNAL USE ONLY: Proceedings include all events.
05-15285 Caplan v. Thompson

| | |
|---|---|
| STEVEN R. CAPLAN<br>    Plaintiff - Appellant | Eric A. Seitz<br>808/533-7434<br>[COR LD NTC ret]<br>820 Mililani Street<br>#714<br>Honolulu, HI 96813-2906 |
| v. | |
| TOMMY G. THOMPSON, Secretary,<br>of Health and Human Services<br>    Defendant - Appellee | Thomas A. Helper, Esq.<br>FAX 808/541-3752<br>808/541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>OFFICE OF THE U.S. ATTORNEY<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br><br>Barbara C. Biddle, Esq.<br>202/514-9367<br>Rm. 7259<br>[COR LD NTC usa]<br>Jeffrica J. Lee, Esq.<br>FAX 202/307-2551<br>202/514-5091<br>Rm. 7537<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Civil Division/Appellate Staff<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |